UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION　　　　　　　　　　　MDL No. 2327

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO−1)

On February 7, 2012, the Panel transferred 36 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, no additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

| | |
|---|---|
| Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Feb 22, 2012<br><br>CLERK'S OFFICE<br>UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION | FOR THE PANEL:<br><br>*Jeffery Luthi*<br><br>Jeffery N. Lüthi<br>Clerk of the Panel |

A TRUE COPY CERTIFIED ON
FEB 2 2 2012

IN RE: ETHICON, INC., PELVIC REPAIR
SYSTEM PRODUCTS LIABILITY LITIGATION                                MDL No. 2327

SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION | |
|------|------|---------|--------------|--|
| **ARIZONA** | | | | |
| AZ | 2 | 11-01211 | Olson et al v. Jew et al | |
| AZ | 2 | 12-00137 | Gonzales et al v. Johnson &Johnson et al | |
| **ARKANSAS EASTERN** | | | | |
| ARE | 3 | 11-00276 | Forester et al v. Johnson &Johnson Inc et al | |
| **ARKANSAS WESTERN** | | | | |
| ARW | 4 | 11-04109 | Cole et al v. Ethicon, Inc. et al | |
| ~~ARW~~ | 4 | ~~11-04123~~ | ~~Stout et al v. Ethicon, Inc. et al~~ | Opposed 02/22/12 |
| **CALIFORNIA CENTRAL** | | | | |
| CAC | 2 | 11-09525 | Patricia Tyler v. Ethicon Inc et al | |
| **FLORIDA MIDDLE** | | | | |
| FLM | 6 | 11-01953 | Chandlee et al v. Johnson &Johnson et al | |
| **GEORGIA MIDDLE** | | | | |
| GAM | 1 | 11-00163 | YOUNG v. Johnson &Johnson et al | |
| GAM | 1 | 12-00002 | JOHNSON et al v. ETHICON INC et al | |
| GAM | 3 | 11-00175 | TEASLEY et al v. ETHICON INC et al | |
| **GEORGIA NORTHERN** | | | | |
| GAN | 1 | 11-04436 | Moreland et al v. Johnson &Johnson et al | |
| GAN | 1 | 12-00125 | Freeman et al v. Ethicon, Inc. et al | |
| GAN | 2 | 12-00002 | Sikes et al v. Ethicon, Inc. et al | |
| GAN | 3 | 12-00003 | Saurino et al v. Johnson &Johnson et al | |

ILLINOIS CENTRAL

| | | | |
|---|---|---|---|
| ILC | 3 | 10-03272 | Nieders et al v. Johnson &Johnson et al |

## KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 4 | 12-00002 | Ashby et al v. Ethicon, Inc. et al |
| KYW | 4 | 12-00003 | Laffoon v. Ethicon, Inc. et al |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 11-02933 | Clayton et al v. Ethicon Inc et al |
| LAE | 2 | 12-00038 | Exposito v. Johnson &Johnson, Inc. et al |

## LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 3 | 12-00190 | Pilgreen et al v. Johnson &Johnson Inc et al |
| LAW | 3 | 12-00191 | Bennett v. Johnson &Johnson Inc et al |

## MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 12-10071 | Powell vs. Ethicon, Inc. |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 11-03722 | Newman et al v. Ethicon, Inc. et al |
| MN | 0 | 12-00070 | Johnson v. Ethicon, Inc. et al |

## MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 1 | 12-00003 | Wheeler v. Johnson &Johnson et al |

## MISSOURI WESTERN

| | | | | |
|---|---|---|---|---|
| ~~MOW~~ | ~~3~~ | ~~12-05017~~ | ~~Malcolm v. Boston Scientific Corporation et al~~ | Opposed 02/17/12 |
| ~~MOW~~ | ~~3~~ | ~~12-05018~~ | ~~Hartman Hagensicker v. Boston Scientific Corporation et al~~ | Opposed 02/17/12 |
| MOW | 4 | 12-00067 | Copelin et al v. Johnson &Johnson et al | |
| MOW | 4 | 12-00135 | Miracle v. Johnson &Johnson et al | |
| MOW | 4 | 12-00194 | Williams v. Ethicon, Inc. et al | |
| MOW | 4 | 12-00195 | Thurston v. Ethicon, Inc. et al | |

## OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 5 | 11-02676 | Stallman et al v. Ethicon, Inc et al |
| OHN | 5 | 12-00128 | Patterson v. Ethicon, Inc. et al |

## OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 2 | 12-00022 | Lucas v. Ethicon, Inc. et al |
| OHS | 2 | 12-00066 | McGrew et al v. Ethicon, Inc. et al |

## PENNSYLVANIA EASTERN

| | | | | |
|---|---|---|---|---|
| PAE | 2 | 11-07507 | LESTER et al v. ETHICON, INC. et al | |
| PAE | 2 | 11-07508 | CONTI v. ETHICON, INC. et al | |
| PAE | 2 | 11-07638 | LEHMAN v. ETHICON, INC. et al | |

TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 11-00366 | Hooper et al v. Ethicon, Inc. et al |
| TNE | 2 | 12-00014 | Thomas v. Ethicon, Inc. et al |

TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 1 | 11-00702 | Feidler et al v. Johnson &Johnson, Inc et al |
| TXE | 4 | 11-00813 | Thomas, et al v. Ethicon, Inc. et al |

TEXAS SOUTHERN

| | | | | |
|---|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~12-00339~~ | ~~Poole et al v. Ethicon, Inc. et al~~ | Opposed 02/15/12 |